TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Rm. 253, #9
Anchorage, Alaska 99513
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. J |
|---|---|
| Plaintiff, | ) COUNT 1: |
| vs. | ) FELON IN POSSESSION OF A FIREARM |
|  | ) Vio. 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 924(e) |
| CALVERT FRANK MARTIN, | ) COUNT 2: |
| Defendant. | ) CRIMINAL FORFEITURE |
|  | ) Vio. 18 U.S.C. § 924(d)(1) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about October 21, 2005, in the District of Alaska, the defendant, CALVERT FRANK MARTIN, did knowingly possess in or affecting commerce, the following firearms: a Browning Arms .44 REM MAG rifle, model 92, serial number 02714PZ167, a

Remington .350 REM MAG rifle, serial number 6250646, a Savage Arms .338 WIN MAG rifle, serial number F947513, and a Smith and Wesson 9mm pistol, model number 659, serial number TAR6243, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year:

All of which is in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## COUNT 2

As a result of committing the offense alleged in Count 1 of the Indictment, offense punishable by imprisonment for more than one year, defendant shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including but not limited to, a Browning Arms .44 REM MAG rifle, model 92, serial number 02714PZ167, a Remington .350 REM MAG rifle, serial number 6250646, a Savage Arms .338 WIN MAG rifle, serial number F947513, and a Smith and Wesson 9mm pistol, model number 659, serial number TAR6243, pursuant to Title 18, United

//

//

//

//

States Code, Section 924(d)(1).

A TRUE BILL.

S/ Grand Jury Foreperson
GRAND JURY FOREPERSON

S/ David A. Nesbett
DAVID A. NESBETT
Special Assistant United States Attorney

S/ Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney

12/13/05
DATE