Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. J05-0010 CR (JWS) |
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| CALVERT FRANK MARTIN, | |
| Defendant. | |

Sue Ellen Tatter, Assistant Federal Public Defender for the District of

Alaska, hereby enters her appearance as counsel for the Defendant CALVERT FRANK

MARTIN in the above-captioned action.

DATED this 11th day of January 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on January 11, 2006,
a copy of the *Entry of Appearance* was
served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter