FILED
JAN 1 1 2006
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. CALVERT FRANK MARTIN    CASE NO. J05-010 CR (JWS)
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:    PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:    KEITHA J. KOLVIG, 907.586.7458

UNITED STATES' ATTORNEY: DAVID NESBIT*

DEFENSE ATTORNEY:    SUE ELLEN TATTER*

U.S.P.O.:    CHRIS LIEDIKE*

PROCEEDINGS: ARRAIGNMENT    HELD JANUARY 10, 2006
------------------------------------------------

At 3:23 p.m. court convened.

_X_ Copy of Indictment given to defendant.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant sworn.

_X_ Financial Affidavit filled but not signed, court questioned.

_X_ Court appointed public defender and accepted.

_X_ Defendant enter plea of not guilty.

_X_ Detention Hearing set for **Friday, January 13, 2006, at 2:00 p.m. at Juneau.**

_X_ Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act **signed.**

At 3:35 p.m. court adjourned.

DATE: January 10, 2006    DEPUTY CLERK'S INITIALS: KJK