AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of Alaska

**FILED**
JAN 1 1 2006
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CALVERT FRANK MARTIN<br><br>_____<br>*Defendant* | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: J05-010 CR (JWS) |

Upon motion of the ___government___, it is ORDERED that a detention hearing is set ___1/13/2006___ * at ___2:00 p.m.___
                                                *Date*                                                      *Time*

before                        PHILIP M. PALLENBERG
                                 *Name of Judicial Officer*

                               JUNEAU, ALASKA
                               *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____) and produced for the
                          *Other Custodial Official*

Date: ___1/10/2006___                                      */s/*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.