MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. CALVERT FRANK MARTIN    CASE NO. 1:05-CR-010-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:    PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:   KEITHA J. KOLVIG, 907.586.7458

UNITED STATES' ATTORNEY: DAVID NESBIT*

DEFENDANT'S ATTORNEY:    SUE ELLEN TATTER

U.S.P.O.:                CHRIS LIEDIKE*

PROCEEDINGS: DETENTION HEARING   Held: JANUARY 13, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:43 p.m. court convened.

Court and counsel heard re: detention hearing.

Court recessed at 1:47 p.m. until 2:02 p.m.

Karen Ann Martin-Webster, sworn and testified on behalf of
plaintiff as proposed third party custodian.

Arguments heard.

Defendant's oral motion for release to third party custodian with
conditions, **GRANTED.**

Order Setting Conditions of Release **signed.**

Bond set at **$10,000.00 Unsecured.**

Pretrial motions due **February 3, 2006,** Order Regarding
Preparation for Trial **filed.**

Release Order **signed.**

Witness list **attached.**

No trial date set.

At 2:52 p.m. court adjourned.

DATE: January 13, 2006      DEPUTY CLERK'S INITIALS: KJK

(Rev 1/06) **LIST OF WITNESSES**

--------------------------------------------------------------------------------------------------------------------

Case No. 1:05-CR-010-JWS          Magistrate Judge: **Philip M. Pallenberg**

Title

USA vs. CALVERT FRANK MARTIN

Dates of Hearing: January 13, 2006

Deputy Clerk/Recorder: Keitha J. Kolvig

---------------------------------------------------------**WITNESSES**----------------------------------------------------------

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|-----------|----------|-----|-------------|-----------|
| 1/13/06 | 2:05 p.m. | 2:18 p.m. | **1** | **Karen Ann Martin-Webster** | **Def** |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |