IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. CALVERT FRANK MARTIN

CASE NO: 1:05-CR-010-JWS

---

Defendant Calvert Frank Martin, has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to _Karen A. Martin-Wesster_, the third party custodian(s) _as of 9:00 a.m. January 15, 2006_.

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

____ Other _____

Dated at Juneau, Alaska this _13_ day of _January_, 20_06_

PHILIP M. PALLENBERG
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 1/06)