MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES E. VANDEBUNTE III         CASE NO. 1:05-CR-011-JWS
Defendant: X Present    X In Custody

BEFORE THE HONORABLE:     PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:    KEITHA J. KOLVIG, 907.586.7458

UNITED STATES' ATTORNEY:  DAVID NESBIT*

DEFENDANT'S ATTORNEY:     SUE ELLEN TATTER FOR LOUIS MENENDEZ

U.S.P.O.:                 CHRIS LIEDIKE*

PROCEEDINGS: STATUS OF COUNSEL/ARRAIGNMENT/DETENTION HEARING
Held: JANUARY 13, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

Court and counsel heard re: status of counsel/detention hearing.

Defendant stated Louis Menendez was retained as counsel.

Defendant plead **not guilty**.

Discovery to defendant due **January 20, 2006.**

Order of Detention Pending Trial **filed.**

Motions due **February 3, 2006.** Order Regarding Preparation for Trial **filed.**

No trial date set.

DATE: January 13, 2006 ____    DEPUTY CLERK'S INITIALS: KJK