Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>CALVERT FRANK MARTIN,<br><br>          Defendant. | NO. J05-0010 CR (JWS)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL** |

       The defendant, CALVERT FRANK MARTIN, through counsel, with the non-opposition of Assistant U.S. Attorney David Nesbett, hereby requests the court to consider, on shortened time, a motion to continue trial in the interests of justice under 18 U. S. C. § 3161(h)(8).

       The defense requests a hearing at which both counsel will outline orally the reasons for the request. The parties request that the defendant, who is on bail in Petersburg, Alaska, be permitted to participate by telephone.

DATED this 13th day of March 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on March 13, 2006,
a copy of the *Unopposed Motion
on Shortened Time to Continue
Trial* was served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter