UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>Defendant. | NO. J05-0010 CR (JWS)<br><br>**PROPOSED ORDER GRANTING UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Continue Trial, the motion is GRANTED. A hearing on the motion to continue trial in this case is scheduled for March _____, 2006 at _____ \_\_\_\_.m. The defendant shall be permitted to participate telephonically.

DATED this \_\_\_\_ day of March 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE