MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.     *CALVERT FRANK MARTIN*

THE HONORABLE JOHN W. SEDWICK                CASE NO.  1:05-cr-00010 JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**              Date:  March 23, 2006

    The court minutes at docket 19 are **MODIFIED** as follows:  The final pre-trial conference will be at **8:30 AM** on **June 6, 2006**, and the trial by jury will commence at **9:00 AM** on **June 6, 2006.**