Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>Defendant. | NO. J05-0010 CR (JWS)<br><br>**WAIVER OF SPEEDY TRIAL** |

I, CALVERT FRANK MARTIN, the defendant in this case, having been informed by my attorney of my right to a speedy trial under the United States Constitution and 18 U.S.C. § 3161, the federal speedy trial act, hereby freely and expressly waive that right. I understand that my trial, previously scheduled for March 21, 2006, has been continued until June 6, 2006, at 8:30 a.m. in Juneau, Alaska.

Dated at Petersburg, Alaska, this 26 day of March 2006.

_____
Calvert Frank Martin