Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CALVERT FRANK MARTIN,<br><br>　　　　　Defendant. | NO. 1:05-cr-0010-JWS<br><br>**SECOND UNOPPOSED MOTION TO CONTINUE TRIAL** |

　　　　The defendant, CALVERT FRANK MARTIN, through counsel, requests a second continuance of the trial.  The government does not oppose this request.  The purpose of the continuance is set forth in the affidavit of counsel.  The defense and the government believe a continuance is in the interests of justice under 18 U. S. C. § 3161(h)(8).  We request a continuance until September or October.  The defendant will file a written waiver of right to speedy trial when the new trial date is known.

　　　　This motion is supported by the government's non-opposition and the attached affidavit of counsel being filed under seal.

DATED this 22nd day of May 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:   907-646-3400
Fax:      907-646-3480
E-Mail:   sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on May 22, 2006,
a copy of the *Second Unopposed Motion to Continue Trial* and the *Proposed Order Granting Second Unopposed Motion to Continue Trial* were served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy of the *Affidavit of Counsel [Filed Under Seal]* was hand delivered to:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Sue Ellen Tatter