UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CALVERT FRANK MARTIN,<br><br>        Defendant. | NO. 1:05-cr-0010-JWS<br><br>**PROPOSED ORDER GRANTING SECOND UNOPPOSED MOTION TO CONTINUE TRIAL** |

After due consideration of the defendant's Second Unopposed Motion to Continue Trial, the motion is GRANTED. The trial in this case scheduled for June 6, 2006, is rescheduled to _____, 2006, at \_\_\_\_\_ \_\_\_.m. The final pretrial conference, currently scheduled for June 6, 2006, is rescheduled to _____, 2006, at \_\_\_\_\_ \_\_\_.m.

DATED this _____ day of May 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE