UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>  Defendant. | NO. 1:05-cr-0010-JWS<br><br>**ORDER GRANTING SECOND UNOPPOSED MOTION TO CONTINUE TRIAL** |

After due consideration of the defendant's Second Unopposed Motion to Continue Trial, the motion is **GRANTED**. The trial in this case scheduled for June 6, 2006, is rescheduled to **September 13, 2006**, at **9:00 a.m.** The final pretrial conference, currently scheduled for June 6, 2006, is rescheduled to **September 13, 2006**, at **8:30 a.m.**

DATED this 22nd day of May 2006.

    /s/
    JOHN W. SEDWICK
    U.S. DISTRICT COURT JUDGE