UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>Defendant. | NO. 1:05-cr-0010-JWS<br><br>**ORDER** |

Pursuant to the Order at Docket No. 30, the United States Marshals Service is directed to provide non-custodial transportation for defendant Calvert Frank Martin from Petersburg, Alaska to Anchorage, Alaska in sufficient time to attend his Change of Plea Hearing scheduled for November 14, 2006, at 11:00 a.m.

DATED this  31  day of  October,  2006.

/s/  John W. Sedwick
JOHN W. SEDWICK
U.S. DISTRICT JUDGE