UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>Defendant. | NO. 1:05-cr-0010-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the Motion for Transportation From Petersburg, Alaska to Anchorage, Alaska, the motion is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for the defendant from his home in Petersburg, Alaska to arrive in Anchorage on December 11, 2006, in time for his Change of Plea Hearing scheduled for December 12, 2006.
.

DATED this ____ day of November 2006.


_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE