UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALVERT FRANK MARTIN,<br><br>　　　　Defendant. | NO. 1:05-cr-00010-JWS<br><br>**ORDER** |

　　　　After due consideration of the Motion for Transportation From Petersburg, Alaska, to Anchorage, Alaska, the motion is GRANTED.

　　　　Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for the defendant from his home in Petersburg, Alaska, to arrive in Anchorage on December 11, 2006, in time for his Change of Plea Hearing scheduled for December 12, 2006.

　　　　DATED this 28th day of November 2006.

　　　　　　　　　　/s/　　JOHN W. SEDWICK
　　　　　　　　　　UNITED STATES DISTRICT JUDGE