Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CALVERT FRANK MARTIN,<br><br>　　　　　Defendant. | NO. 1:05-cr-0010-JWS<br><br>**JOINT MOTION ON SHORTENED TIME TO CONTINUE SENTENCING FOR TWO WEEKS** |

　　　　Counsel for the defense, Sue Ellen Tatter, Assistant Federal Defender, and counsel for the government, David Nesbett, Assistant United States Attorney, hereby request a continuance of Calvert Martin's sentencing for two weeks.  Sentencing is currently scheduled for December 12, 2006.  A continuance is appropriate because the necessary approvals for the plea agreement cannot be obtained yet because of scheduling problems.

　　　　The U.S. Marshals have arranged for the defendant to travel from Petersburg, Alaska to Anchorage, Alaska on December 11, 2006, to attend his sentencing. However, Mr. Martin is not traveling to Anchorage today in reliance on this motion.

DATED this 11th day of December 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on December 11, 2006,
a copy of the *Joint Motion on Shortened Time to Continue Sentencing for Two Weeks* was served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter