UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>Defendant. | NO. 1:05-cr-0010-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the Joint Motion on Shortened Time to Continue Sentencing for Two Weeks, the motion is GRANTED. Calvert Martin's sentencing is hereby continued from December 12, 2006, to _____, 2006, at _____ \_\_\_\_.m.

DATED this \_\_\_\_ day of December 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE