UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>Defendant. | NO. 1:05-cr-00010-JWS<br><br>**ORDER** |

After due consideration of the Joint Motion on Shortened Time to Continue Sentencing for Two Weeks, the motion is **GRANTED**. Calvert Martin's sentencing is hereby continued from December 12, 2006, to **December 29, 2006**, 2006, at **8:30 a.m.**, in **Anchorage**.

DATED this 11th day of December 2006.

/s/ JOHN W. SEDWICK
U.S. DISTRICT JUDGE