**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*     v.     *CALVERT FRANK MARTIN*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 1:05-cr-00010-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  December 12, 2006

---

A joint motion on shortened time **to continue sentencing for two weeks** was filed at docket 39, and a proposed order submitted, which was signed and filed at docket 40.  The joint motion should have requested a continuance of the **proposed change of plea.**  Therefore, this minute order **VACATES** the sentencing set for December 29, 2006, at 8:30 a.m., and **RE-SETS** the change of plea hearing for **December 29, 2006**, at **8:30 a.m.**, at **Anchorage**.

---