UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>Defendant. | NO. 1:05-cr-0010-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the of the *Errata* to Motion for Transportation From Anchorage, Alaska to Petersburg, Alaska (Filed at Docket No. 46), the motion is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for defendant Calvert Frank Martin from Anchorage, Alaska to Petersburg, Alaska following his Change of Plea Hearing scheduled for January 11, 2007.

DATED this _____ day of January 2007.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE