NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FALSE STATEMENT DURING |
| | ) | FIREARMS PURCHASE |
| v. | ) |   Vio. 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| | ) | |
| | ) | COUNT 2: |
| CALVERT FRANK MARTIN, | ) | UNLAWFUL POSSESSION OF A |
| | ) | STOLEN FIREARM |
| Defendant. | ) |   Vio. 18 U.S.C. §§ 922(j) and 924(a)(2) |
| | ) | |

INFORMATION

COUNT 1

On or about March 11, 1997, in the District of Alaska, the defendant, CALVERT

FRANK MARTIN, in connection with his attempted acquisition of a firearm, to wit: a

Bushmaster .223 caliber rifle, model XM15, serial number L078-759, from The Trading

Union, Inc., a licensed dealer, knowingly made a false and fictitious written statement to

The Trading Union, Inc., which statement was likely to deceive The Trading Union, Inc.,

as to a fact material to the lawfulness of such attempted acquisition of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant represented that he had not been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, when in fact, as the defendant well knew, he had been convicted of making a false statement during a firearms purchase, a crime punishable under Federal law by imprisonment for a term exceeding one year.

All of which is a violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2).

## COUNT 2

On or about October 21, 2005, in the District of Alaska, the defendant, CALVERT FRANK MARTIN, knowingly possessed the following stolen firearm, which had been shipped in interstate or foreign commerce, before or after being stolen, knowing and having reasonable cause to believe the firearm was stolen, to wit: a Smith and Wesson 9mm pistol, Model 659, serial number TAR 6243.

// //

// //

// //

All of which is in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).


  s/ David A. Nesbett
 DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov


  s/ Nelson P. Cohen
NELSON P. COHEN
United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: nelson.cohen@usdoj.gov


DATED: January 10, 2007