AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Calvert Frank Martin          CASE NUMBER: 1:05-CR-00010-JWS

I, Calvert Frank Martin, the above named defendant, who is accused of making a false statement during a firearm purchase and unlawful possession of a stolen firearm

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 11, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before **REDACTED SIGNATURE**
_____
Judge

John W. Sedwick
U.S. District Judge