Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0010-JWS |
| Plaintiff, | |
| vs. | **MOTION FOR TRANSPORTATION FROM PETERSBURG, ALASKA to ANCHORAGE, ALASKA** |
| CALVERT FRANK MARTIN, | |
| Defendant. | |

The defendant, CALVERT FRANK MARTIN, through counsel, hereby requests that this court issue an order directing the United States Marshals to provide non-custodial transportation for the defendant from his home in Petersburg, Alaska to arrive in Anchorage on April 9, 2007, in time for his sentencing scheduled for April 10, 2007, at 8:30 a.m.

The defendant is indigent and has no available funds for transportation.  This request is made pursuant to 18 U.S.C. § 4285.

DATED this 29th day of March 2007.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:           907-646-3480
E-Mail:       sue_ellen_tatter@fd.org

Certification:
I certify that on March 29, 2007,
a copy of the **Motion for Transportation**
**from Petersburg, Alaska to Anchorage,**
**Alaska** was served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter_____