UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>Defendant. | NO. 1:05-cr-0010-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the Motion for Transportation From Petersburg, Alaska to Anchorage, Alaska, the motion is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for the defendant from his home in Petersburg, Alaska to arrive in Anchorage on April 9, 2007, in time for his sentencing on April 10, 2007, at 8:30 a.m.

.

DATED this ____ day of _____ 2007.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE