UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>    Defendant. | NO. 1:05-cr-00010-JWS<br><br>**ORDER** |

After due consideration of the Motion for Transportation From Petersburg, Alaska to Anchorage, Alaska, the motion is **GRANTED**.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for the defendant from his home in Petersburg, Alaska to arrive in Anchorage on April 9, 2007, in time for his sentencing on April 10, 2007, at 8:30 a.m..

DATED this 29th day of March 2007.

/s/ JOHN W. SEDWICK
U.S. DISTRICT JUDGE