Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>　　　　　Defendant. | NO. 1:05-cr-0010-JWS<br><br>**NOTICE TO COURT** |

　　　　　The defense hereby gives notice that it will present a statement from Mr. Martin's sister, Karen Martin-Webster, at sentencing.  She is traveling from Juneau at her own expense to address the court on behalf of her brother at the imposition of sentence scheduled for April 10, 2007..

　　　　　DATED this 5th day of April 2007.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West 5th Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on April 5, 2007,
a copy of the **Notice of Witness Appearance** was served electronically on:

John Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

<u>s/Sue Ellen Tatter</u>