```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. CALVERT FRANK MARTIN          CASE NO. 1:05-cr-00010-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         JOHN NOVAK

DEFENDANT'S ATTORNEY:            SUE ELLEN TATTER

U.S.P.O.:                        PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD APRIL 10, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:36 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 48 months. This term consists of
   48 months on Counts 1 and 2 of the Information, all such terms
   to be served concurrently.

 X Defendant placed on supervised release for a period of  3
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.
   This term consists of 3 years on each of Counts 1 and 2, all
   such terms to be served concurrently.

 X Special Assessment $ 200.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X On motion of the U.S. Attorney, counts 1 and 2 of the
   Indictment **DISMISSED.**

 X OTHER: Court adopted the presentence report. Court and counsel
heard re defendant's objections to paragraph 30 of the
presentence report; court found paragraph 30 should not apply and
the 4 level upward adjustment is not appropriate. Court
recommended that the defendant serve his time at a Facility
located on the West Coast and that he participate in the 500 hour
drug and alcohol program. Appeal rights given. Payment Coupon
given to defendant.

At 9:36 a.m. court adjourned.

DATE:      April 10, 2007           DEPUTY CLERK'S INITIALS:   amk