Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 1:05-cr-0010-JWS |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO AMEND PRESENTENCE REPORT** |
| CALVERT FRANK MARTIN, | |
| Defendant. | |

    The defendant, CALVERT FRANK MARTIN, through counsel, moves the court to amend his presentence report to include information that Mr. Martin has registered with the State of Alaska Department of Public Safety Sex Offender Central Registry (copy attached as Exhibit A).  Sex offender registration is a requirement of Mr. Martin's conditions of supervised release.

    The prosecutor, John Novak, represented to the court, at sentencing on April 10, 2007, that Mr. Martin was not properly registered "as we speak."  However, counsel for Mr. Martin obtained the attached registration form from the State of Alaska web

registry immediately after the sentencing hearing. The records of the website indicate that Mr. Martin was registered on April 10, 2007,[1] and had been registered **prior to** April 10, 2007. (See Exhibit A)

On April 11, counsel again accessed the state offender registry, and, with the assistance of a Department of Public Safety employee, obtained a full page of the website indicating that Mr. Martin's address information on the registry was last updated on December 6, 2006. (See Exhibit A)

Counsel requests that the presentence report be amended to reflect that Mr. Martin has been and is still in compliance with sex offender registration requirements. This amendment to the presentence report will avoid problems in the Bureau of Prisons and on supervised release.

DATED this 11th day of April 2007.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:           907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

---

[1] Mr. Martin was incarcerated at sentencing at about 9:30 a.m. on April 10. He could not have accessed the registry from prison.

Certification:
I certify that on April 11, 2007,
a copy of the **_Motion to Amend_**
**_Presentence Report_** was served
electronically on:

John Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter
_____