UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>　　　　Defendant. | NO. 1:05-cr-0010-JWS<br><br>**PROPOSED ORDER** |

　　　　After due consideration of the Defendant's Motion to Amend Presentence Report, the motion is GRANTED.

　　　　IT IS HEREBY ORDERED that Mr. Martin's presentence report shall be amended to reflect that Mr. Martin has been and is still in compliance with sex offender registration requirements.

　　　　DATED this ____ day of April 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE