Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>　　　　　Defendant. | NO. 1:05-cr-0010-JWS<br><br>**NOTICE OF FILING EXHIBIT A TO MOTION TO AMEND PRESENTENCE REPORT (Filed at Docket No. 65)** |

　　　　　The defendant, CALVERT FRANK MARTIN, through counsel, filed a Motion to Amend Presentence Report on April 11, 2007 (Docket No. 65].  Exhibit A to that motion was inadvertently omitted from the ECF filing.  Attached herewith is Exhibit A to that motion.

　　　　　DATED this 12th day of April 2007.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West 5th Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

Certification:
I certify that on April 12, 2007,
a copy of the **Notice of Filing Exhibit A to Motion to Amend Presentence Report (Filed at Docket No. 65)** was served electronically on:

John Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter