Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>  Defendant. | NO. 1:05-cr-0010-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.   I am the attorney for Calvert Martin in the above-captioned case.

2.   Mr. Martin was sentenced on April 10, 2007.  At sentencing, Assistant U.S. Attorney John Novak, represented to the court that Mr. Martin was not properly registered, "as we speak," as a sexual offender.

3.   Immediately after sentencing on April 10, I logged on to the State of Alaska Department of Public Safety Sex Offender Central Registry.  The records of the website indicated that Mr. Martin was registered as of about 10:00 a.m. on April 10, 2007.

4. Mr. Martin was incarcerated at sentencing at about 9:30 a.m. on April 10. He could not have updated the State of Alaska Department of Public Safety Sex Offender Central Registry from the U.S. Marshal's holding cell or prison.

5. On April 11, I again accessed the state offender registry, and, with the assistance of a Department of Public Safety employee, obtained a full page of the website indicating that Mr. Martin's address information on the registry was last updated on December 6, 2006. (See attached Exhibit A, copy of Mr. Martin's State of Alaska Department of Public Safety Sex Offender Central Registry.)

6. Counsel respectfully requests that the presentence report be amended to reflect that Mr. Martin has been and is still in compliance with sex offender registration requirements. This amendment to the presentence report will, on information and belief, avoid problems in the Bureau of Prisons and on supervised release.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ SUE ELLEN TATTER

SUBSCRIBED AND SWORN to before me this 12th day of April 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:

United States v. Calvert Frank Martin
Case No. 1:05-cr-0010-JWS                                                                                     Page 2

I certify that on April 12, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

John Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter