Alaska State Troopers | Fire Prevention | Statewide Services | Admin Services | **Public Safety** | find ▸

# ALASKA DEPARTMENT OF PUBLIC SAFETY
## Sex Offender/Child Kidnapper Registration
### Central Registry

**Current Report Date:** 4/11/2007     **Database Last Updated:** 4/11/2007

**Registered Sex Offender/Child Kidnapper:**
CALVERT FRANK MARTIN

**Name Aliases:**
CALVERT FRANK MARTIN



## Current Status

This offender is required under A.S. 12.63.010 to register with the Sex Offender/Child Kidnapper Registration Program and is in compliance with the registration requirements.

### Personal Information

| | | | |
|---|---|---|---|
| **Race:** WHITE | | | **Sex:** MALE |
| **Hair:** BLONDE | **Eyes:** BLUE | **Height:** 5' 8" | **Weight:** 150 LBS. |
| **Date of Birth:** 3/18/1959 | **Employer:** UNEMPL | | |

### Address Info: (Last Updated On: 12/6/2006)

| | | |
|---|---|---|
| **Registration Address:** MAGILLS TRAILER COURT #12 | | |
| **City:** PETERSBURG | **State:** AK | **Zip:** 99833 |

### Convictions

| | |
|---|---|
| **Court Docket Number:** 1KE-S82-331 | **Court:** SUPERIOR COURT KETCHIKAN |
| **Conviction Date:** 3/9/1983 | **Offense Date:** 3/26/1982 |
| **Statute:** AS11.41.440(A)(1) | **Description:** Sex Abuse Minor - 16+ penetr vic 13-15 |

| | |
|---|---|
| **Court Docket Number:** 1KE-S82-331 | **Court:** SUPERIOR COURT KETCHIKAN |
| **Conviction Date:** 3/9/1983 | **Offense Date:** |
| **Statute:** AS11.41.440(A)(1) | **Description:** Sex Abuse Minor - 16+ penetr vic 13-15 |

**CALVERT FRANK MARTIN** is required to register under AS 12.63.010

The Department of Public Safety updates this information regularly, to try to assure that it is complete and accurate, however this information can change quickly. You are cautioned that information provided on this site may not reflect the current residence, status, or other information regarding an offender.

If you believe that any of the information found in these records is in error, please contact the Alaska State Troopers, Permits and Licensing Unit at 5700 E. Tudor Road, Anchorage, AK 99507 Phone (907) 269-0396 or outside of Anchorage, but in Alaska 1-800-658-8892. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

[ Back To List ]

Exhibit A - Page 1 of 1