NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907)271-5071
Fax: (907)271-1500
Email: john.novak@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00010-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPPOSITION TO** |
| | ) | **MOTION TO AMEND** |
| CALVERT FRANK MARTIN, | ) | **PRE-SENTENCE REPORT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW, the United States of America, by and through Special Assistant United States Attorney John J. Novak, and hereby file this response to Defendant's April 11, 2007, Motion to Amend Pre-Sentence Report. The motion must be denied for two reasons. First, and most importantly, there is nothing to

amend in the pre-sentence report. The pre-sentence report does not mention Defendant's non-compliance or compliance with the State of Alaska sexual offender registration system. And second, the court specifically stated at the sentencing hearing that it would not rely upon the unsupported representations of defense counsel regarding Defendant's activities in Southeast Alaska while released on bail in this case. The United States accordingly did not have Petersburg Police Department Investigator James Aigner testify at the sentencing . As indicted in the United States' Supplemental Sentencing Memorandum, Inv. Aigner would have testified that Defendant had been and continued to be out of compliance with the requirements of the sexual offender registration requirements. In short, Defendant had failed to timely and accurately report his residence, i.e., he was claiming to reside at a location where he was not living.

//

//

//

//

RESPECTFULLY SUBMITTED this 12th day of April, 2007, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ John J. Novak
>JOHN J. NOVAK
>Special Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, Alaska 99513-7567
>Tel.: (907)271-5071
>Fax: (907)-271-1500
>Email: john.novak@usdoj.gov
>Alaska Bar # 8511184

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2007,
a copy of the foregoing
**OPPOSITION TO MOTION**
**TO AMEND PRESENTENCE REPORT**
was served,via Electronic Filing, on:

**Sue Ellen Tatter,**
Assistant Federal Public Defender

s/ John J. Novak