Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>CALVERT FRANK MARTIN,<br><br>             Defendant. | NO. 1:05-cr-0010-JWS<br><br>**REPLY TO OPPOSITION TO MOTION TO AMEND PRESENTENCE REPORT** |

The defendant, CALVERT FRANK MARTIN, through counsel, files the following reply to the government's opposition (Docket No. 69) to his Motion to Amend Presentence Report (Docket No. 65).

The motion to amend should be granted to correct the record.  The oral record of the sentencing hearing contains the prosecutor's clear and definite statement that Mr. Martin was not currently registered as a sexual offender.  That representation, which was unequivocal, is part of the record, and wrong.  To avoid future misconceptions, the record should be corrected.

In addition, the statements of Officer Aigner, had he been called, would have been irrelevant. The state sexual offender registry contains a clear indication of whether or not the offender is "in compliance." <u>See</u> Exhibit A, indicating Mr. Martin is "in compliance." If an officer believes an offender is not in compliance, his duty is to inform the Department of Public Safety.

The information about what Officer Aigner would have stated should be in affidavit form.

DATED this 12th day of April 2007.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   sue_ellen_tatter@fd.org

Certification:
I certify that on April 11, 2007,
a copy of the **Reply to Opposition to Motion to Amend Presentence Report** was served electronically on:

John Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter

*United States v. Calvert Frank Martin*
Case No. 1:05-cr-0010-JWS                                                                                          Page 1