Alaska State Troopers   Fire Prevention   Statewide Services   Admin Services   **Public Safety**   find

## ALASKA DEPARTMENT OF PUBLIC SAFETY
### Sex Offender/Child Kidnapper Registration
### Central Registry

**Alphabetic Index:** a b c d e f g h i j k l m n o p q r s t u v w x y z

Previous Page     SORCR Home Page     Next Page

| Name | Zip Code | Compliant (Y/N) |
|---|---|---|
| MAAL, WILLIAM ARNOLD | 99672 | Y |
| MACAR, EVAN W | 99621 | N |
| MACAR, NORMAN | 99575 | Y |
| MACAR, PETER WASILLIE | 99668 | Y |
| MACIAS, GEORGE RAY | 99508 | Y |
| MACK, MARLON RAY | 99501 | Y |
| MACK, TIMOTHY DAVID | 99654 | Y |
| MACKEY, WILLIAM ERIC | 99508 | Y |
| MADROS, BENNETT DAVID | 99748 | Y |
| MADROS, FRANKLIN JOSEPH JR | 99748 | Y |
| MAERZ, JOHNNY ALAN | 995013525 | Y |
| MAGEE, JOHN CHARLES JR | 996649604 | Y |
| MAGERS, DONALD EUGENE | 99654 | Y |
| MAGUIRE, GEORGE WILLIAM | 99508 | Y |
| MAILLELLE, ALVIN ALBERT JR | 995071805 | Y |
| MAILLELLE, JERRY ROBERT | 99508 | Y |
| MAIN, JOSEPH AMBROSE | 99654 | Y |
| MAINES, ROLAND ASHLEY | 99678 | Y |
| MAKRIS, GEORGE CONSTATINE JR |  | Y |
| MALABANAN, ALDWIN CHUA | 99508 | Y |
| MALEMUTE, CARLSON ALAN | 99741 | Y |
| MALEMUTE, CLYDE L | 995012120 | Y |
| MALLOTT, JAY BYRON JR | 99508 | Y |
| MALONE, BRIAN ANTHONY | 99504 | Y |
| MALUTIN, EARL | 99608 | Y |
| MALUTIN, JAMES RICHARD | 99508 | Y |
| MALUTIN, SHAWN | 99508 | Y |
| MAMOE, EVENI HAROLD | 99508 | Y |
| MANN, GREGORY VANCE | 99508 | Y |
| MANN, HARVEY E | 99604 | Y |
| MANN, SAMSON GLENN |  | Y |

| Name | ID | Flag |
|---|---|---|
| MANN, SAMSON GORDON JR | 99563 | Y |
| MANNAN, DANIEL PAUL | 99737 | Y |
| MANRIQUE, JOSE GONZALO | 99508 | Y |
| MANTOR, WALTER WAYNE | 995779246 | Y |
| MANUMIK, JAMES AFCAN | 995071137 | Y |
| MANUMIK, PAUL JAMES JR | 99666 | N |
| MANUMIK, QAUARLIAK D | 99666 | Y |
| MARBLE, JOSHUA PAUL | 99762 | Y |
| MARCY, KRISTOPHER M | 99664 | Y |
| MARINO, ANTONY JOSEPH III | 995152642 | Y |
| MARK, BENTLEY SR | 99780 | Y |
| MARK, JOE HOMER | 99508 | Y |
| MARK, JONATHAN ALBERT ADAM | 995013525 | Y |
| MARK, MOSES | 99655 | N |
| MARKLEY, RICHARD MICHAEL | 99762 | Y |
| MARKS, ARNOLD IVY SR | 99701 | Y |
| MARLATT, DONALD WELLINGTON | 99508 | Y |
| MARONEY, DAVID DEAN | 99502 | Y |
| MARRS, LARRY DEAN | 99705 | N |
| MARSH, BRITT ALLEN | 99518 | Y |
| MARSH, KENNETH LANE | 99683 | Y |
| MARSHALL, BRANT JOSEF NATORI | 995083764 | Y |
| MARSHALL, MARK GREGORY | 99504 | Y |
| MARTELL, TERRANCE LEE | 99827 | Y |
| MARTIN, ARTHUR MOE | 996118054 | Y |
| MARTIN, CALVERT FRANK | 99508 | Y |
| MARTIN, DANIEL BRUCE | 99801 | Y |
| MARTIN, DEAN JOSEPH | 99508 | Y |
| MARTIN, DOUGLAS DWAYNE | 99503 | Y |
| MARTIN, GENE VIRGIL JR | 995085918 | Y |
| MARTIN, GEORGE NORMAN | 99801 | Y |
| MARTIN, GEORGE LOUIS JR | 99801 | Y |
| MARTIN, JIMMIE LEO | 995015337 | Y |
| MARTIN, JOHN JOSEPH II | 99501 | Y |
| MARTIN, JOHN WILLIAM III | 995071646 | Y |
| MARTIN, ROY AUGUST JR | 99830 | Y |
| MARTINEZ, ARMANDO MANUEL JR | 99654 | Y |

Exhibit A - Page 2 of 2