## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *CALVERT FRANK MARTIN*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 1:05-cr-00010-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: April 13, 2007

---

At docket 65, defendant moves to amend the Presentence Report (PSR) to say that defendant was in compliance with his sexual offender registration requirements. In its response at docket 69, the United States argues that there is nothing in the PSR stating that he is not in compliance. In defendant's reply at docket 72, the government's argument was not rebutted. Instead, defendant clarifies that the request is to amend the PSR by adding a statement rebutting comments made by government counsel at sentencing. That this is the objective of the motion is further confirmed by Ms. Tatter's affidavit in support of the motion at docket 68, which refers to Mr. Novak's statements, but does not point to anything in the PSR which is in error.

There are two reasons why the motion at docket 65 must be denied. First, the time to make objections to the PSR passed prior to the sentencing hearing. The court addressed all objections timely raised by defendant. There was no objection made to anything in the PSR regarding defendant's registration status. Second, defendant's request to re-write the PSR to discredit Mr. Novak's representation is based on a faulty understanding of the purpose of a PSR and ignores the fact that while both lawyers made unsupported representations to the court on assorted topics, the court plainly stated that it would not consider, and it did not consider, any of those representations. This court declines defendant's invitation to resolve retrospective argument about the accuracy of an advocate's representations.

The motion at docket 65 is **DENIED**.

---